

JOHN W. DEHAAN
PATRICK H. BUSSE
HARRY J. BINDER
CHARLES E. BINDER

STÉPHANE M. MONTAS
PAUL M. KAMPFER

SUZANNE BIDART, R.N.

300 RABRO DRIVE • SUITE 101 • HAUPPAUGE, NEW YORK 11788 • (631)582-1200

May 8, 2007

*Via ECF and U.S. Mail*
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street, Room 870
New York, New York 10007

    Re:    Galina Woodland v. Rheem Manufacturing Company Long Term Disability Plan, Rheem Manufacturing Company Medical Plan, Rheem Manufacturing Company, and The Prudential Insurance Company of America
           Civil Action Number: 07-CV-3210

Dear Sir or Madam:

    Enclosed for filing, please find the original Summons, and three (3) affidavits of service, evidencing service of same on the three Rheem defendants in the above-referenced matter. Please be advised that we will be filing the affidavit of service for Prudential under separate cover.

    Kindly acknowledge receipt and filing of same on the self-addressed, postage paid postcard we have enclosed for this purpose.

    Should you have any questions, please feel free to contact this office.

                                                           Very truly yours,
                                                            DEHAAN BUSSE LLP

                                By:    _____
                                              Patrick Busse, Esq.

PHB/djw
Enclosures

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Galina Woodland,

        Plaintiff,

- against -

Rheem Manufacturing Company Long Term
Disability Plan, Rheem Manufacturing Company
Medical Plan, Rheem Manufacturing Company,
and The Prudential Insurance Company of America,

        Defendants.

SUMMONS IN A CIVIL CASE 

CASE NUMBER:

 

TO: (name and address of defendants)

    SEE ATTACHED SHEET

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, (name and address)

        **DeHAAN BUSSE LLP**
        **300 Rabro Drive**
        **Suite 101**
        **Hauppauge, New York 11788**

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

*(signature)*

(BY) DEPUTY CLERK

APR 2 0 2007

DATE

RHEEM MANUFACTURING COMPANY LONG TERM DISABILITY PLAN
C/O RHEEM MANUFACTURING COMPANY
1100 ABERNANTHY ROAD, SUITE 1400
ATLANTA, GEORGIA 30328                    COUNTY OF FULTON


RHEEM MANUFACTURING COMPANY MEDICAL PLAN
C/O RHEEM MANUFACTURING COMPANY
1100 ABERNANTHY ROAD, SUITE 1400
ATLANTA, GEORGIA 30328                    COUNTY OF FULTON


RHEEM MANUFACTURING COMPANY
1100 ABERNANTHY ROAD, SUITE 1400
ATLANTA, GEORGIA 30328                    COUNTY OF FULTON


THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
213 WASHINGTON STREET, 9TH FLOOR
NEWARK, NEW JERSEY 07102                  COUNTY OF ESSEX

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT
STATE OF NEW YORK

| | |
|---|---|
| GALINA WOODLAND | |
| Plaintiff, | |
| vs. | CIVIL ACTION<br>CASE NO.: 07-CV-3210 |
| RHEEM MANUFACTURING<br>COMPANY LONG TERM DISABILITY<br>PLAN, ET AL | |
| Defendant. | |

## AFFIDAVIT OF SERVICE

COMES NOW, CHRISTOPHER S. STANTON, a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and, being sworn on oath, deposes and states as follows:

1.

I served RHEEM MFCTING CO. LONG TERM DISABILITY PLAN with the below-listed documents in this matter,

at 1100 ABERNATHY ROAD, 1400, ATLANTA, GA 30328,

on May 1, 2007, at 11:05 AM:

SUMMONS/COMPLAINT

Said documents were served by handing to LISA RICCA, Legal Department Rep..

2.

Ms. Ricca is a white female in her 40's, 5'3", 170lbs with blonde hair.

CHRISTOPHER S. STANTON

Sworn to and subscribed before me this the 3rd day of May, 2007.

Notary Public

[Notary Seal: ADRIENNE LEWIS, NOTARY PUBLIC, GEORGIA, DEKALB COUNTY, EXPIRES OCT. 25, 2010]

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
STATE OF NEW YORK

| | |
|---|---|
| GALINA WOODLAND | |
| Plaintiff, | |
| vs. | CIVIL ACTION<br>CASE NO.: 07-CV-3210 |
| RHEEM MANUFACTURING<br>COMPANY LONG TERM DISABLITY<br>PLAN, ET AL | |
| Defendant. | |

### AFFIDAVIT OF SERVICE

COMES NOW, CHRISTOPHER S. STANTON, a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and, being sworn on oath, deposes and states as follows:

1.

I served RHEEM MANUFACTURING COMPANY MEDICAL PLAN with the below-listed documents in this matter,

at 1100 ABERNATHY ROAD, 1400, ATLANTA, GA 30328,

on May 1, 2007, at 11:05 AM:

SUMMONS/COMPLAINT

Said documents were served by handing to LISA RICCA, Legal Department Rep..

2.

Ms. Ricca is a white female in her 40's, 5'3", 170lbs with blonde hair.

_____
CHRISTOPHER S. STANTON

Sworn to and subscribed
before me this the 3rd day
of May, 2007.

_____
Notary Public

[Notary Seal: ADRIENNE LEWIS, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, EXPIRES OCT. 25, 2010]

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
STATE OF NEW YORK

GALINA WOODLAND

    Plaintiff,

vs.

RHEEM MANUFACTURING
COMPANY LONG TERM DISABLITY
PLAN, ET AL

    Defendant.

CIVIL ACTION
CASE NO.: 07-CV-3210

## AFFIDAVIT OF SERVICE

COMES NOW, CHRISTOPHER S. STANTON, a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and, being sworn on oath, deposes and states as follows:

1.

I served RHEEM MANUFACTURING COMPANY with the below-listed documents in this matter, at 1100 ABERNATHY ROAD, 1400, ATLANTA, GA 30328, on May 1, 2007, at 11:05 AM:

SUMMONS/COMPLAINT

Said documents were served by handing to LISA RICCA, Legal Department Rep..

2.

Ms. Ricca is a white female in her 40's, 5'3", 170lbs with blonde hair.

CHRISTOPHER S. STANTON

Sworn to and subscribed before me this the 3rd day of May, 2007.

Notary Public

[Notary seal: ADRIENNE LEWIS, NOTARY PUBLIC, GEORGIA, DEKALB COUNTY, EXPIRES OCT. 25, 2010]