# DB DeHaan • Busse LLP

300 RABRO DRIVE • SUITE 101 • HAUPPAUGE, NEW YORK 11788 • (631)582-1200

JOHN W. DEHAAN
PATRICK H. BUSSE
HARRY J. BINDER
CHARLES E. BINDER
—
STÉPHANE M. MONTAS
PAUL M. KAMPFER
—
SUZANNE BIDART, R.N

May 8, 2007

*Via ECF and U.S. Mail*
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street, Room 870
New York, New York 10007

      Re:    Galina Woodland v. Rheem Manufacturing Company Long Term Disability Plan, Rheem Manufacturing Company Medical Plan, Rheem Manufacturing Company, and The Prudential Insurance Company of America
            Civil Action Number:   07-CV-3210

Dear Sir or Madam:

      Enclosed for filing, please find the original affidavit of service evidencing service of the Summons and Complaint upon defendant, The Prudential Insurance Company of America, in connection with the above-referenced matter.  Please be advised that we have previously filed the original Summons, and three (3) affidavits of service evidencing service of same on the three Rheem defendants under separate cover.

      Kindly acknowledge receipt and filing of same on the self-addressed, postage paid postcard we have enclosed for this purpose.

      Should you have any questions, please feel free to contact this office.

                                      Very truly yours,
                                      DEHAAN BUSSE LLP

                      By: _____
                                Patrick Busse, Esq.

PHB/djw
Enclosures

STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

Galina Woodland                                             07 CV 3210
                    against           Plaintiff(s)
Rheem Manufacturing Company Long Term Disability Plan,
etc. and                              Defendant(s)
Prudential Insurance Company of America

RE : Prudential Insurance Company of America

Attorney for Plaintiff(s) and Defendant please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons in the above entitled action on April 30, 2007 at New York, New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s) :

　DeHaan Busse LLP
　300 Rabro Drive, Suite 101
　Hauppauge, New York 11788

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant :

　CT Corporation
　Prudential Insurance Company of America
　111 8th Avenue
　New York, New York 10011

*Salvatore Castiglione* (signature)

by Salvatore Castiglione
Assistant Deputy Superintendent & Chief

Dated Albany, New York, May 01, 2007
412409      C.A.#184861

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Galina Woodland,

          Plaintiff,

  – against –

Rheem Manufacturing Company Long Term Disability
Plan, Rheem Manufacturing Company Medical Plan,
Rheem Manufacturing Company, and The Prudential
Insurance Company of America,

          Defendants.
-------------------------------------------------------------X

**Civil Action No.:** 07 CV 3210

Affidavit of Serivce

STATE OF NEW YORK    )
          ) ss.:
COUNTY OF SUFFOLK    )

7004 2510 0005 3509 9884

Deborah J. Washington, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in Brentwood, New York.

2. On April 23, 2007, I served the within Summons and Complaint on The Prudential Insurance Company of America, by mailing a copy via Certified Mail, Return Receipt Requested to the address set forth after each name below,

        NYS Insurance Department
        Attn: Office of General Counsel
        25 Beaver Street
        4th Floor
        New York, New York 10004

                                /s/ Deborah J. Washington
                                DEBORAH J. WASHINGTON

Sworn to before me this
23rd day of April, 2007.

/s/ John W. DeHaan
Notary Public

JOHN W. DEHAAN
Notary Public, State of New York
No. 02DE5044829
Qualified in Suffolk County
Commission Expires June 05, 2007