**CUYLER BURK, P.C.**

COUNSELLORS AT LAW

445 PARK AVENUE
NINTH FLOOR
NEW YORK, NEW YORK 10022

212.752.6252
HTTP://WWW.CUYLER.COM

MEMO ENDORSED

FACSIMILE
212.752.6299

NEW JERSEY OFFICE
FOUR CENTURY DRIVE
PARSIPPANY, NEW JERSEY 07054

DIRECT DIAL
973.734.3285

E-MAIL
PPETROU@CUYLER.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/07

May 30, 2007

Via Facsimile
Hon. P. Kevin Castel, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

    Re:    Woodland v. Rheem Manufacturing Co. et al., 07 Civ. 3210 (PKC)
             Our File Number: 333-091

Dear Judge Castel:

    This firm is counsel to The Prudential Insurance Company of America ("Prudential") and Rheem Manufacturing Company and Long Term Disability Plan ("Rheem") in the referenced matter[1]. An initial pretrial conference is scheduled to take place before your Honor this Friday, June 1, 2007, at 11:45 a.m. Defendants first learned of the conference last week immediately after being served with the Complaint and contacting Plaintiff's counsel to obtain an extension of time to respond to the Complaint. Plaintiff agreed to an extension to June 21, 2007 and the parties filed a joint stipulation for the Court's approval.

    In light of the fact that our office did not receive a file on this matter until Friday, May 25, immediately prior to Memorial Day weekend, and in light of our interest in engaging in a fully informed and productive conference, Defendants hereby request an adjournment of the conference to mid-July. There have been no prior requests for an adjournment regarding this conference. Plaintiff's counsel has consented to this adjournment request.

---

[1] Cuyler Burk represents Rheem as to the First Count of the Complaint for long-term disability benefits. The law firm of Epstein Becker & Green represents Rheem Manufacturing Company Medical Plan as to the Second Count of the Complaint.

Hon. P. Kevin Castel, U.S.D.J.
May 30, 2007
Page 2

    Thank you for your consideration of this request.

                      Very truly yours,

                      CUYLER BURK, P.C.

                      Peter Petrou

PP:lr
cc:    Stephane M. Montas, Esq. (via facsimile)
       Paul A. Friedman, Esq. (via facsimile)

*[Handwritten note:]* Conference adjourned from June 1 to July 27, 2007 at 9:15 a.m.

SO ORDERED.
/s/ [signature]
USDJ
5-30-07

I:\333-091\corres\Judge Castel