EPSTEIN BECKER & GREEN, P.C.
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 642-1900
Attorneys for Defendant
Rheem Manufacturing Company Medical Plan

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

GALINA WOODLAND

        Plaintiff,

-vs-

RHEEM MANUFACTURING COMPANY LONG TERM DISABILITY PLAN, RHEEM MANUFACTURING COMPANY MEDICAL PLAN, RHEEM MANUFACTURING COMPANY, and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

        Defendants.

Civil Action No.: 07-CV-3210 (PKC)

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE MOVE**

Document Electronically Filed

It is hereby stipulated and agreed by the attorneys for Plaintiff Galina Woodland, and Defendants, Rheem Manufacturing Company Long Term Disability Plan, Rheem Manufacturing Company Medical Plan, Rheem Manufacturing Company, and The Prudential Insurance Company of America, that the time for Defendants to serve an Answer, move, or otherwise respond to the Complaint in the above action, is extended to June 21, 2007.

| DEHAAN & BUSSE, LLP<br>Attorneys for Plaintiff<br>Galina Woodland<br><br>By: _____<br>   STEPHANE M. MONTAS, ESQ.<br>   (SMM 4859) | EPSTEIN BECKER & GREEN, P.C.<br>Attorneys for Defendant<br>Rheem Manufacturing Company Medical Plan<br><br>By: _____<br>   PAUL A. FRIEDMAN, ESQ.<br>   (PF 6559) |

NE:280860v1

1

| | |
|---|---|
| **CUYLER BURK, P.C.**<br>Attorneys for Defendant<br>The Prudential Insurance Company of America, Rheem Manufacturing Company of America, and Rheem Manufacturing Company Long Term Disability Plan<br><br>By: _____<br>STEPHEN D. CUYLER, ESQ.<br>(SDC 7705) | |

SO ORDERED AS SET FORTH ABOVE:

_____
HON. P. KEVIN CASTEL, U.S.D.J.