UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CUYLER BURK, P.C.**
445 Park Avenue, 9th Floor
New York, New York 10022
(212) 752-6252
Attorneys for Defendants,
The Prudential Insurance Company of America,
Rheem Manufacturing Company Long Term Disability Plan
and Rheem Manufacturing Company
(as to the First Count of the Complaint only)
By: Stephen D. Cuyler (SDC 7705)

| | |
|---|---|
| GALINA WOODLAND,<br><br>                Plaintiff,<br><br>- against -<br><br>RHEEM MANUFACTURING COMPANY LONG TERM DISABILITY PLAN, RHEEM MANUFACTURING COMPANY MEDICAL PLAN, RHEEM MANUFACTURING COMPANY and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                Defendants. | 07 Civ. 3210 (PKC)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

      **PLEASE TAKE NOTICE** that Cuyler Burk, P.C., through the undersigned, Stephen D. Cuyler, enters its appearance as counsel for Defendants, The Prudential Insurance Company of America, Rheem Manufacturing Company Long Term Disability Plan and Rheem Manufacturing Company (as to the First Count of the Complaint only).

I certify that I am admitted to practice in this Court.

Dated:   June 6, 2007                                            s/ Stephen D. Cuyler
                                                                 Stephen D. Cuyler, Esq.
                                                                 Cuyler Burk, P.C.
                                                                 445 Park Avenue, 9th Floor
                                                                 New York, New York 10022
                                                                 (212) 752-6252 (Phone)
                                                                 (212) 752-6299 (Fax)