Raymond T. Mak, Esq. (RM 2336)
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendant
Rheem Manufacturing Company Medical Plan

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GALINA WOODLAND<br><br>            Plaintiff,<br><br>-vs-<br><br>RHEEM MANUFACTURING COMPANY LONG TERM DISABILITY PLAN, RHEEM MANUFACTURING COMPANY MEDICAL PLAN, RHEEM MANUFACTURING COMPANY, and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>            Defendants. | Civil Action No.: 07-CV-3210 (PKC)<br><br>**NOTICE OF APPEARANCE**<br><br>**Document Electronically Filed** |

    Please take notice that Raymond T. Mak of the law firm of Epstein, Becker & Green, P.C., 250 Park Avenue, New York, New York 10177, will appear as counsel for defendant Rheem Manufacturing Company Medical Plan and Rheem Manufacturing Company in this matter.  Please direct all correspondence and notices accordingly.

                                    By:    ***/s/ Raymond T. Mak***
                                            Raymond T. Mak (RM 2336)
                                            EPSTEIN BECKER & GREEN, P.C.
                                            250 Park Avenue
                                            New York, New York 10177
                                            (212) 351-4500
                                            rmak@ebglaw.com

DATED:        June 7, 2007

NY:1865238v1

1