EPSTEIN BECKER & GREEN, P.C.
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 642-1900
Attorneys for Defendants
Rheem Manufacturing Company, and
Rheem Manufacturing Company Medical Plan

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GALINA WOODLAND<br><br>    Plaintiff,<br><br>-vs-<br><br>RHEEM MANUFACTURING COMPANY LONG TERM DISABILITY PLAN, RHEEM MANUFACTURING COMPANY MEDICAL PLAN, RHEEM MANUFACTURING COMPANY, and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendants. | Civil Action No.: 07-CV-3210 (PKC)<br><br>**NOTICE OF APPEARANCE**<br><br>**Document Electronically Filed** |

  Please take notice that the law firm of Epstein, Becker & Green, P.C., Two Gateway Plaza, 12th Floor, Newark, New Jersey 07102, will appear as counsel for defendant Rheem Manufacturing Company in this matter. Paul A. Friedman is the responsible attorney. Please direct all correspondence and notices accordingly.

             By: */s/ Paul A. Friedman*
                Paul A. Friedman
                EPSTEIN BECKER & GREEN, P.C.
                Attorneys for Defendant
                Rheem Manufacturing Company Medical Plan
                Two Gateway Center, 12th Floor
                Newark, New Jersey 07102-5003
                (973) 642-1900
                Fax: (973) 642-0099
                pfriedman@ebglaw.com

DATED:  June 20, 2007

NE:285641v1