UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CUYLER BURK, P.C.
445 Park Avenue, 9th Floor
New York, New York 10022
(212) 752-6299
Attorneys for Defendants
The Prudential Insurance Company of America,
and as to the First Cause of Action Only:
Rheem Manufacturing Company Long Term
Disability Plan, and Rheem Manufacturing Company
By: Stephen D. Cuyler (SDC 7705)

| | |
|---|---|
| GALINA WOODLAND<br><br>      Plaintiff,<br><br>v.<br><br>RHEEM MANUFACTURING COMPANY LONG TERM DISABILITY PLAN, RHEEM MANUFACTURING COMPANY MEDICAL PLAN, RHEEM MANUFACTURING COMPANY, AND THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>      Defendant. | CIVIL ACTION NO. 07-CV-3210<br>(KPC)<br><br>**Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The Prudential Insurance Company of America (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

      As of December 18, 2001, The Prudential Insurance Company of America became an indirect, wholly owned subsidiary of Prudential Financial, Inc., a publicly traded corporation.

Prior to December 18, 2001, The Prudential Insurance Company of America was organized as a mutual insurance company and had no parent corporations.

      The Prudential Insurance Company of America is a direct subsidiary of Prudential Holdings, LLC.

                                          **CUYLER BURK, P.C.**
                                          Attorneys for Defendants
                                          The Prudential Insurance Company of America,
                                          and as to the First Cause of Action Only:
                                          Rheem Manufacturing Company Long Term
                                          Disability Plan, and Rheem Manufacturing
                                          Company

                                          By: ***s/ Stephen D. Cuyler (SDC 7705)***
                                                  Stephen D. Cuyler (SDC 7705)

Dated: June 21, 2007