EPSTEIN BECKER & GREEN, P.C.
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 642-1900
Attorneys for Defendants
Rheem Manufacturing Company and
Rheem Manufacturing Company Medical Plan
Paul A. Friedman (PF 6559)

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALINA WOODLAND<br><br>Plaintiff,<br><br>-vs-<br><br>RHEEM MANUFACTURING COMPANY LONG TERM DISABILITY PLAN, RHEEM MANUFACTURING COMPANY MEDICAL PLAN, RHEEM MANUFACTURING COMPANY, and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | Civil Action No.: 07-CV-3210 (PKC)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>**Document Electronically Filed** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Rheem Manufacturing Company hereby discloses the following corporate information:

(1)    Rheem Manufacturing Company is a private corporation.

(2)    All shares of Rheem Manufacturing Company stock are owned by PI. US Holding, Inc.

By: __*/s/ Paul A. Friedman (PF 6559)*_____
      PAUL A. FRIEDMAN
      EPSTEIN BECKER & GREEN, P.C.
      Attorneys for Defendants
      Rheem Manufacturing Company and
      Rheem Manufacturing Company Medical Plan
      Two Gateway Center, 12th Floor
      Newark, New Jersey 07102-5003
      (973) 642-1900
      Fax: (973) 642-0099
      pfriedman@ebglaw.com

DATED:  June 22, 2007