```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-24-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALINA WOODLAND<br><br>Plaintiff,<br><br>v.<br><br>RHEEM MANUFACTURING COMPANY LONG TERM DISABILITY PLAN, RHEEM MANUFACTURING COMPANY MEDICAL PLAN, RHEEM MANUFACTURING COMPANY, AND THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | CIVIL ACTION NO. 07-CV-3210<br><br>ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

Upon the motion of Stephen D. Cuyler, attorney for Defendants The Prudential Insurance Company of America (as to all Causes of Action) as well as the Rheem Manufacturing Company Long Term Disability Plan and Rheem Manufacturing Company (as to the First Cause of Action only) (collectively, the "LTD Plan Defendants"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Donna L. Schwartz |
| Firm Name: | Cuyler Burk, P.C. |
| Address: | 4 Century Drive |
| City/State/Zip: | Parsippany, New Jersey 07054 |
| Phone Number: | (973) 734-3200 |
| Fax Number: | (973) 734-3201 |
| E-mail Address: | dschwartz@cuyler.com |

is admitted to practice pro hac vice as counsel for LTD Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 24, 2007
City, State: New York, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $              SDNY RECEIPT#