## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**CUYLER BURK, P.C.**
445 Park Avenue, 9th Floor
New York, New York 10022
Attorneys for Defendants
The Prudential Insurance Company of America,
and as to the First Cause of Action Only:
Rheem Manufacturing Company Long Term
Disability Plan, and Rheem Manufacturing Company
By: Stephen D. Cuyler (SDC 7705)



---

GALINA WOODLAND

       Plaintiff,

v.

RHEEM MANUFACTURING COMPANY
LONG TERM DISABILITY PLAN, RHEEM
MANUFACTURING COMPANY MEDICAL
PLAN, RHEEM MANUFACTURING
COMPANY, AND THE PRUDENTIAL
INSURANCE COMPANY OF AMERICA,

       Defendant.

CIVIL ACTION NO. 07-CV-3210

**MOTION TO ADMIT COUNSEL PRO
HAC VICE**

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, STEPHEN D. CUYLER, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice

of:

      Applicant's Name:    Donna L. Schwartz
      Firm Name:        Cuyler Burk, P.C.
      Address:           4 Century Drive
      City/State/Zip:      Parsippany, New Jersey 07054
      Phone Number:     (973) 734-3200
      Fax Number:       (973) 734-3201

District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known Donna L. Schwartz since 1999.

4.     Donna L. Schwartz is a Shareholder at Cuyler Burk, P.C., in Parsippany, New Jersey.

5.     I have found Donna L. Schwartz to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.     Accordingly, I am pleased to move the admission of Donna L. Schwartz, pro hac vice.

7.     I respectfully submit a proposed order granting the admission of Donna L. Schwartz, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Donna L. Schwartz pro hac vice, to represent LTD Defendants in the above captioned matter, be granted.

Dated:        June 27, 2007
City, State:    Parsippany, New Jersey

Respectfully submitted,

Stephen D. Cuyler (SDC 7705)

Subscribed and sworn to before me, a Notary Public, this 27th day of June 2007.

NOTARY PUBLIC

My commission expires:

DEBORAH McGEARY
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES MAY 10, 2010

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

GALINA WOODLAND

      Plaintiff,

v.

RHEEM MANUFACTURING COMPANY
LONG TERM DISABILITY PLAN, RHEEM
MANUFACTURING COMPANY MEDICAL
PLAN, RHEEM MANUFACTURING
COMPANY, AND THE PRUDENTIAL
INSURANCE COMPANY OF AMERICA,

      Defendant.

CIVIL ACTION NO. 07-CV-3210

**AFFIDAVIT OF STEPHEN D.
CUYLER IN SUPPORT OF MOTION
TO ADMIT COUNSEL PRO HAC VICE**

State of New York  )
              )   **ss:**
County of New York )

Stephen D. Cuyler, being duly sworn, hereby deposes and says as follows:

1.     I am a Director at Cuyler Burk, P.C., counsel for Defendants The Prudential Insurance

       Company of America (as to all Causes of Action) as well as the Rheem Manufacturing

       Company Long Term Disability Plan and the Rheem Manufacturing Company (as to the

       First Cause of Action only) (collectively, the "LTD Plan Defendants") in the above

       captioned action. I am familiar with the proceedings in this case. I make this statement

       based on my personal knowledge of the facts set forth herein and in support of LTD Plan

       Defendants' motion to admit Donna L. Schwartz as counsel pro hac vice to represent

       LTD Plan Defendants in this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to

       practice law there on October 26, 2004.  I am also admitted to the bar of the United States

DONNA L. SCHWARTZ is a member in good standing of the Bar of the State of New Jersey.

There are no pending disciplinary proceedings against DONNA L. SCHWARTZ in any State or

Federal court.

Dated:          June 27, 2007
City, State:    Parsippany, New Jersey


                Respectfully submitted,



                Stephen D. Cuyler (SDC 7705)
                Cuyler Burk, P.C.
                445 Park Avenue, 9th Floor
                New York, New York 10022
                Phone Number: (212) 752-6252
                Fax Number: (212) 752-6299

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **DONNA LA VISTA SCHWARTZ**
(No. **034361991** ) *was constituted and appointed an Attorney at Law of New Jersey on* **December 19, 1991** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



In testimony whereof, I have
hereunto set my hand and
affixed the Seal of the
Supreme Court, at Trenton, this
**5TH** day of **July** , 20 **07**

Clerk of the Supreme Court

-453a-

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**CUYLER BURK, P.C.**
445 Park Avenue, 9th Floor
New York, New York 10022
Attorneys for Defendants
The Prudential Insurance Company of America,
and as to the First Cause of Action Only:
Rheem Manufacturing Company Long Term
Disability Plan, and Rheem Manufacturing Company
By:  Stephen D. Cuyler (SDC 7705)

---

GALINA WOODLAND

        Plaintiff,

v.

RHEEM MANUFACTURING COMPANY
LONG TERM DISABILITY PLAN, RHEEM
MANUFACTURING COMPANY MEDICAL
PLAN, RHEEM MANUFACTURING
COMPANY, AND THE PRUDENTIAL
INSURANCE COMPANY OF AMERICA,

        Defendant.

CIVIL ACTION NO. 07-CV-3210

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW JERSEY   )
                    :ss:
COUNTY OF MORRIS     )

      Lucia Russo, being duly sworn, deposes and says:

      1.     I am employed by the law firm of Cuyler Burk, P.C.  I am over the age of 18 years

of age and I reside in New Jersey.  I am not a party to this action.

      2.     On Wednesday, July 11, 2007, I caused true and correct copies of the Motion for

Admission of Donna L. Schwartz to Practice *Pro Hac Vice*, Affidavit of Stephen D. Cuyler Support

of the Motion to Admit Counsel to Practice *Pro Hac Vice*, Proposed Order of Admission of Donna

L. Schwartz to Practice *Pro Hac Vice* and this Affidavit of Service to be served by Certified Mail

upon the persons listed on the annexed Exhibit A at the addresses set forth in such exhibit.

_Lucia Russo_

Lucia Russo

Sworn to me this 11th day of July, 2007

Notary Public

**MICHELE TESTA**
**NOTARY PUBLIC OF NEW JERSEY**
**MY COMMISSION EXPIRES FEB. 22, 2012**

# EXHIBIT A

## SERVICE LIST

Stephane M. Montas
DeHaan Busse, LLP
300 Rabro Drive
Suite 301
Hauppauge, NY 11788

Paul A. Friedman
Epstein Becker & Green, P.C.
Two Gateway Center, 12th Floor
Newark, NJ 07102

Raymond T. Mak
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALINA WOODLAND | |
| Plaintiff, | CIVIL ACTION NO. 07-CV-3210 |
| v. | |
| RHEEM MANUFACTURING COMPANY LONG TERM DISABILITY PLAN, RHEEM MANUFACTURING COMPANY MEDICAL PLAN, RHEEM MANUFACTURING COMPANY, AND THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |
| Defendant. | |

Upon the motion of Stephen D. Cuyler, attorney for Defendants The Prudential Insurance Company of America (as to all Causes of Action) as well as the Rheem Manufacturing Company Long Term Disability Plan and Rheem Manufacturing Company (as to the First Cause of Action only) (collectively, the "LTD Plan Defendants"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Donna L. Schwartz |
| Firm Name: | Cuyler Burk, P.C. |
| Address: | 4 Century Drive |
| City/State/Zip: | Parsippany, New Jersey 07054 |
| Phone Number: | (973) 734-3200 |
| Fax Number: | (973) 734-3201 |
| E-mail Address: | dschwartz@cuyler.com |

is admitted to practice pro hac vice as counsel for LTD Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel

shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:


_____

United States District/Magistrate Judge


FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#