# CUYLER BURK, P.C.

COUNSELLORS AT LAW

PARSIPPANY CORPORATE CENTER
FOUR CENTURY DRIVE
PARSIPPANY, NEW JERSEY 07054

973.734.3200
HTTP://WWW.CUYLER.COM

FACSIMILE
973.734.3201

DIRECT DIAL
973.734.3297

NEW YORK OFFICE
445 PARK AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10022

E-MAIL
DSCHWARTZ@CUYLER.COM

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/07
```

**MEMO ENDORSED**

August 22, 2007

<u>Via Facsimile</u>

Hon. Kevin P. Castel, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

    Re:   <u>Woodland v. Rheem Manufacturing Co. et al.</u>
           Docket No: 07-CV-3210 (PKC)
           Our File Number: 333-091

Dear Judge Castel:

    This firm is counsel to the Prudential Insurance Company of America ("Prudential") and Rheem Manufacturing Company and Long term Disability Plan ("Rheem") in the referenced matter.[1]

    At the initial case management conference in this case, the parties agreed to extend the dates set forth in the Case Management Plan and Scheduling Order uniformly by two weeks, to account for vacation and holiday schedules. It has recently come to our attention that inadvertently, two of these dates were not extended consistent with this agreement. More particularly, the date by which the parties must file any amended pleadings or join additional

---

[1] Cuyler Burk, P.C. represents Rheem as to the First Count of the Complaint for long-term disability benefits. The law firm of Epstein Becker & Green represents Rheem Manufacturing Company Medical Plan as to the Second Count of the Complaint.

Hon. Kevin P. Castel, U.S.D.J.
August 22, 2007
Page 2

parties remains unchanged, as does the date by which the parties must complete initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1). A copy of the Scheduling Order is attached for your reference.

Defendants hereby request that Your Honor extend the aforementioned dates by two weeks. Specifically, Defendants request that the date by which amended pleadings must be filed and additional parties joined, as well as the date by which initial disclosures must be completed, be extended from August 27, 2007 (30 days from the date of the Scheduling Order) to **September 10, 2007**. All parties to this action have consented to the extension.

Thank you for your consideration of this request.

Respectfully yours,

CUYLER BURK, P.C.

Donna L. Schwartz

DLS:lr
Enclosure
cc:  Stephane M. Montas, Esq. (via facsimile)
     Raymond T. Mak, Esq. (via facsimile)

*Application granted.*
*SO ORDERED.*
*[signature] USDJ*
*8-22-07*