Raymond T. Mak, Esq.
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendants
Rheem Manufacturing Company
Long Term Disability Plan, Rheem
Manufacturing Company Medical
Plan and Rheem Manufacturing Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| GALINA WOODLAND<br><br>    Plaintiff,<br><br>-vs-<br><br>RHEEM MANUFACTURING COMPANY LONG TERM DISABILITY PLAN, RHEEM MANUFACTURING COMPANY MEDICAL PLAN, RHEEM MANUFACTURING COMPANY, and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendants. | Civil Action No.: 07-CV-3210 (PKC)<br><br>**NOTICE OF APPEARANCE**<br><br>Document Electronically Filed |

Please take notice that Raymond T. Mak of the law firm of Epstein, Becker & Green, P.C., 250 Park Avenue, New York, New York 10177, hereby enters an appearance as counsel for defendant Rheem Manufacturing Company Long Term Disability Plan in this matter. An Appearance was previously filed for Defendants Rheem Manufacturing Company Medical Plan, Rheem Manufacturing Company. Please direct all correspondence and notices accordingly.

DATED: September 12, 2007

          By: */s/ Raymond T. Mak*
             Raymond T. Mak
             EPSTEIN BECKER & GREEN, P.C.
             250 Park Avenue
             New York, New York 10177
             (212) 351-4500
             rmak@ebglaw.com

NY:2065508v1