John Houston Pope, Esq.
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendants
Rheem Manufacturing Company
Long Term Disability Plan, Rheem
Manufacturing Company Medical
Plan and Rheem Manufacturing Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GALINA WOODLAND<br><br>Plaintiff,<br><br>-vs-<br><br>RHEEM MANUFACTURING COMPANY LONG TERM DISABILITY PLAN, RHEEM MANUFACTURING COMPANY MEDICAL PLAN, RHEEM MANUFACTURING COMPANY, and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | Civil Action No.: 07-CV-3210 (PKC)<br><br>**NOTICE OF APPEARANCE**<br><br>Document Electronically Filed |

Please take notice that John Houston Pope of the law firm of Epstein, Becker & Green, P.C., 250 Park Avenue, New York, New York 10177, hereby enters an appearance as counsel for defendants Rheem Manufacturing Company Long Term Disability Plan, Rheem Manufacturing Company Medical Plan and Rheem Manufacturing Company. Please direct all correspondence and notices accordingly.

DATED:     September 12, 2007

                                By:    */s/ John Houston Pope*
                                       John Houston Pope
                                       EPSTEIN BECKER & GREEN, P.C.
                                       250 Park Avenue
                                       New York, New York 10177
                                       (212) 351-4500
                                       jpope@ebglaw.com

NY:2065559v1

1