Castel, J

Raymond T. Mak, Esq.
John Houston Pope, Esq.
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendants
Rheem Manufacturing Company
Long Term Disability Plan, Rheem
Manufacturing Company Medical
Plan and Rheem Manufacturing Company

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GALINA WOODLAND

        Plaintiff,

-vs-

RHEEM MANUFACTURING COMPANY LONG TERM DISABILITY PLAN, RHEEM MANUFACTURING COMPANY MEDICAL PLAN, RHEEM MANUFACTURING COMPANY, and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

        Defendants.

Case No.: 07-CV-3210 (PKC)

**ORDER OF WITHDRAWAL OF APPEARANCE**

---

    Defendants, Rheem Manufacturing Company Medical Plan and Rheem Manufacturing Company[1] ("Rheem") through their counsel, Epstein Becker & Green, P.C., ("EBG") hereby request pursuant to Local Civil Rule 1.4 that the Appearance of Paul A. Friedman as counsel on their behalf be terminated.

    EBG has represented Rheem throughout the pendency of this action and continues to do so. Mr. Friedman appeared in this action while an attorney at EBG by filing a Notice of Appearance on June 4, 2007, and subsequently filing an Answer on behalf of Rheem on June 21, 2007. Mr. Friedman is no longer associated with EBG and will not continue his representation of Rheem in this matter.

---

[1] Paul A. Friedman never appeared on behalf of Rheem Manufacturing Company Long Term Disability plan.

This case is currently in the post pleading discovery phase and has not yet been placed on the Court's trial calendar, thus this withdrawal will not affect the posture of this case.

| | |
|---|---|
| Dated: New York, New York<br>September 14, 2007 | EPSTEIN BECKER & GREEN, P.C.<br><br>By: _____<br>Raymond J. Mak, Esq.<br>John Houston Pope, Esq.<br>250 Park Avenue<br>New York, New York 10177<br>(212) 351-4500<br>rmak@ebglaw.com<br>jhpope@ebglaw.com |

SO ORDERED:_____        DATED:_____
            USDJ

Since it is only Mr. Friedman's personal participation (that is at issue) and that the firm of Epstein Becker & Green, P.C. and Mr. Mak will remain as counsel for the Rheem parties, I will grant the application.

SO ORDERED

_____
USDJ
9-18-07