UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GALINA WOODLAND,                              :

             Plaintiff,                    :

         -against-                        :

RHEEM MANUFACTURING COMPANY LONG  :
TERM DISABILITY PLAN, RHEEM MANUFACTUR-
ING COMPANY MEDICAL PLAN, RHEEM   :
MANUFACTURING COMPANY & THE
PRUDENTIAL INSURANCE COMPANY OF    :
AMERICA,

                      :

            Defendants.                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07

07 Civ. 3210 (PKC) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

      Based on the settlement agreement reached by all parties and transcribed by the court reporter on September 18, 2007, and on the stipulation of the parties pursuant to 28 U.S.C. §636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs.

      SO ORDERED.

DATED:     New York, New York
            September 18, 2007

                                   _____
                                   **Andrew J. Peck**
                                   United States Magistrate Judge

Copies **by fax & ECF** to:    Stephane Montas, Esq.
                              Donna L. Schwartz, Esq.
                              Paul A. Friedman, Esq.
                              Raymond T. Mak, Esq.
                              Judge P. Kevin Castel

C:\ORD\DISMISS